

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00125-CR

**EX PARTE HECTOR RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's counsel has filed a motion for extension of time to file a motion to dismiss this appeal, stating that his client has been deported and he is having difficulty getting his client's signature on the motion to dismiss notarized. He requests this court authorize him to submit the motion without notarization. We GRANT his request and his extension of time. Texas Rule of Appellate Procedure 42.2(a) does not require appellant's signature to be notarized. *See* TEX. R. APP. P. 42.2(a).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court